THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRYSTAL REED, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SHIN-ETSU HANDOTAI AMERICA, INC., a foreign corporation, dba SEH America, Inc.,<br><br>　　　　Defendant. | Case No. 3:21-cv-05054-BHS<br><br>STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate that the plaintiff's claims are hereby dismissed with prejudice, without an award of attorneys' fees or costs to either party.

/ / /

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE - 1
Case No. 3:21-CV-05054-BHS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

Based on such stipulation, it is **ORDERED** that this case is dismissed with prejudice and without costs or attorney fees to either party.

Dated this 10th day of June, 2022.

_____
Benjamin H. Settle
United States District Court Judge

IT IS SO STIPULATED:

SCHWABE, WILLIAMSON & WYATT P.C.

By: s/ Michael T. Garone
Of Attorneys for Defendant
Shin-Etsu Handotai America Inc.

SCHUCK LAW LLC

By: s/ Leslie Baze
Attorney for Plaintiff Chrystal Reed

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE - 2
Case No. 3:21-CV-05054-BHS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on June 9, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

Dated: June 9, 2022

                                  s/ Michael T. Garone
                                  Michael T. Garone, WSB No. 30113